# UNITED STATES DISTRICT COURT

for the

Northern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Billy Ray ROBERSON Jr,<br>Ronald Bernard WOODS and<br>Michael FREEMAN<br>*Defendant* | )<br>)<br>) Case No. 3:10mj36<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of _____ in the county of Escambia in the Northern District of Florida, the defendant violated 21 U.S.C. § 841(a)(1) and 846,

an offense described as follows:

POSSESSION WITH INTENT TO DISTRIBUTE TWO KILOGRAMS OF COCAINE AND CONSPIRACY TO DISTRIBUTE OVER FIVE KILOGRAMS OF COCAINE

This criminal complaint is based on these facts:

SEE THE ATTACHED AFFIDAVIT BY SPECIAL AGENT DAVID K. HUMPHREYS

[x] Continued on the attached sheet.

*Complainant's signature*

David K. Humphreys, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4-22-10

*Judge's signature*

City and state: Pensacola, Florida

Elizabeth Timothy, Magistrate Judge
*Printed name and title*

FILED April 22, 2010
(Date)
NORTHERN DISTRICT OF FLORIDA
U.S. MAGISTRATE JUDGE